UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:13-cr-49-RBD-LRH

CHRISTOPHER DOYON

### NOTICE OF POSSIBLE CONFLICT OF INTEREST

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:   None

Dated:   July 7, 2021

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   */s/ Roger B. Handberg*
ROGER B. HANDBERG
Assistant United States Attorney
Florida Bar No. 0241570
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:       Roger.Handberg@usdoj.gov