USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **MIDDLE** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA
V.
CHRISTOPHER DOYON

CRIMINAL NUMBER: 6:13-cr-00049-RBD-LRH

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Christopher Doyon, defendant, have been informed that an (*indictment, information, complaint*) is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the Northern District of California in which I, am held, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: Oct 12, 2021 at San Jose, CA

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendants)

_____
(Assistant United States Attorney)

11/2/2021 in Orlando

Approved

_____
United States Attorney for the
Middle
District of
Florida

Stephanie M. Hinds
United States Attorney for the
Northern
District of
California